UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00461
    WANDA L DAVIS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8333


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/11/2007 and was confirmed 03/29/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/13/2007.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 520.33 | .00 | .00 |
| AMERICA SERVICING COMPAN | CURRENT MORTG | .00 | .00 | .00 |
| AMERICA SERVICING COMPAN | MORTGAGE ARRE | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 1168.12 | .00 | 132.25 |
| HSBC AUTO FINANCE | SECURED VEHIC | 12353.00 | 440.95 | 718.85 |
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | | |
| HSBC AUTO FINANCE | UNSECURED | 701.08 | .00 | .00 |
| DEUTSCHE BANK NATIONAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,443.00 | | 446.60 |
| TOM VAUGHN | TRUSTEE | | | 116.85 |
| DEBTOR REFUND | REFUND | | | 550.00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,405.50 | |
| PRIORITY | | .00 |
| SECURED | | 851.10 |
|     INTEREST | | 440.95 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 446.60 |
| TRUSTEE COMPENSATION | | 116.85 |
| DEBTOR REFUND | | 550.00 |
|  | --------------- | --------------- |
| TOTALS | 2,405.50 | 2,405.50 |


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 00461 WANDA L DAVIS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07                    /s/ Tom Vaughn
                          _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE